DECEMBER 18, 1981

No. 81–412. WILSON v. SCRIPPS-HOWARD BROADCAST-ING CO., DBA WMC TV CHANNEL 5. C. A. 6th Cir. [Certiorari granted, *ante*, p. 962.] Stipulation to dismiss the writ of certiorari was filed, and the case was dismissed pursuant to this Court's Rule 53.

JANUARY 5, 1982

No. 81–928. C. ITOH & CO. (AMERICA), INC. v. SPIESS ET AL. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 53.

JANUARY 11, 1982

No. 80–970. FIRESTONE, SECRETARY OF STATE OF FLOR-IDA, ET AL. v. LET'S HELP FLORIDA ET AL. Affirmed on appeal from C. A. 5th Cir.

No. 81–1068. RYAN ET AL. v. OTTO ET AL.; and
No. 81–1077. MCCLORY v. OTTO ET AL. Affirmed on appeals from D. C. N. D. Ill.

No. 80–1945. ARMED FORCES COOPERATIVE INSURING ASSN. v. DEPARTMENT OF INSURANCE OF WYOMING. Appeal from Sup. Ct. Wyo. dismissed for want of substantial federal question. JUSTICE BLACKMUN would postpone further consideration of question of jurisdiction to a hearing of the case on the merits.

No. 80–2056. F/V AMERICAN EAGLE v. ALASKA. Appeal from Sup. Ct. Alaska dismissed for want of substantial federal question. JUSTICE BRENNAN and JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.